UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIAS LEDESMA,<br><br>                    Plaintiff,<br><br>     -against-<br><br>RIKERS ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>                    Defendants. | 24 CIVIL 2211 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 22, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge